United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD T. BERGO, as CHAIRMAN and KARL BIK, as CO-CHAIRMAN OF THE BOARDS OF TRUSTEES FOR THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and CEMENT MASONS APPRENTICE AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL MAHER, an individual; MICHAEL WARD MAHER, an individual; DENISE MAHER, an individual; M.W. MAHER, a business entity; M.W. MAHER, INC., a California corp.; M.W. MAHER GENERAL ENGINEERING, a business entity; M.W. MAHER GENERAL ENGINEERING, INC., a California corp.; WARD MAHER & Son, a business entity; WARD MAHER & SON, Inc. a California corp., <br><br> Defendants. _____/ | No. C 03-280 JSW <br><br> **ORDER REFERRING MOTIONS TO MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, plaintiff's *ex parte* application for writ of execution and *ex parte* motion for post-judgment attorneys fees in the above captioned matter is HEREBY

REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated: July 14, 2005                                     /s/ Jeffrey S. White
                                                                        JEFFREY S. WHITE
                                                                        UNITED STATES DISTRICT JUDGE

cc:     Wings Hom